**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 11-cr-00200-REB-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. KEVIN R. CLEMMER,

    Defendant.

## MINUTE ORDER[1]

On October 31, 2011, the court conducted a telephonic setting conference to reset the status hearing in this matter. After conferring with counsel and with their consent,

**IT IS ORDERED** that on **November 3, 2011**, commencing at 8:30 a.m. the court shall conduct a status hearing in this matter.

    Dated: October 31, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.